**UNITED STATES of America**
**Plaintiff—Appellee,**

v.

**Herman CARVER Defendant—**
**Appellant.**

No. 02–5466.

United States Court of Appeals,
Sixth Circuit.

April 17, 2003.

Before SILER, GILMAN and GIBBONS, Circuit Judges.

---

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.